IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TYLER FOREMAN,<br><br>                Defendant. | **8:25CR25**<br><br>**ORDER** |

    This matter is before the court on the defendant's unopposed Motion to Continue Trial [16]. Counsel needs additional time to resolve the matter short of trial and/or time to prepare for trial. For good cause shown,

    **IT IS ORDERED** that the Motion to Continue Trial [16] is granted, as follows:

1. The jury trial, now set for May 13, 2025, is continued to **August 11, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 11, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 6th day of May, 2025.

                                                                BY THE COURT:

                                                                s/ Joseph F. Bataillon
                                                                Senior United States District Judge