IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR25 |
| vs. | |
| TYLER FOREMAN, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial (Filing No. 28). A hearing was held on October 8, 2025. Michael J. Hansen appeared for the defendant. Kimberly C. Bunjer appeared for the government. After discussion with counsel and defendant, the undersigned finds good cause for the requested continuance in order to allow the defendant sufficient time to resolve the matter short of trial, or to determine whether services of an expert is required. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [28] is granted, as follows:

1. The jury trial, now set for October 21, 2025, is continued to **January 20, 2026**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 20, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

DATED this 8th day of October, 2025

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge