IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>TYLER FOREMAN,<br><br>     Defendant. | 8:25CR25<br><br><br>**ORDER** |

  This matter is before the court on the defendant's unopposed Motion to Continue Trial [34]. Counsel needs additional time to resolve the matter short of trial. For good cause shown,

  **IT IS ORDERED** that the Motion to Continue Trial [34] is granted, as follows:

1. The jury trial, now set for January 20, 2026, is continued to **March 10, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 10, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 23rd day of December, 2025.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge