IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

TYLER FOREMAN,

                    Defendant.

**8:25CR25**


**ORDER**

        This matter is before the court on the defendant's unopposed Motion to Continue Trial [36].  Counsel needs additional time to resolve the matter short of trial.  For good cause shown,

        **IT IS ORDERED** that the Motion to Continue Trial [36] is granted, as follows:

1.  The jury trial, now set for March 10, 2026, is continued to **May 26, 2026.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 26, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.  No further continuances will be granted barring exceptional circumstances.

Dated this 18th day of February, 2026.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge